

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| VIRGINIA CISNEROS, | § | No. 08-21-00048-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| AUGUSTIN PUENTES, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1100) |
| | § | |

## O R D E R

Appellee has filed an agreed motion to abate this appeal. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until March 29, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellee's brief will be due 30 days from the date of the reinstatement order.

IT IS SO ORDERED this 28th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.